73 A.3d 508

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TAMICA A. RUFFIN, DEFENDANT–PETITIONER.

July 16, 2013.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration of its judgment in respect of defendant's permanent forfeiture of public office in light of *State v. Jeremiah Hupka*, 203 *N.J.* 222, 1 *A.*3d 640 (2010) and the standard set forth in *N.J.S.A.* 2C:51–2(d), which remand may include, if the Appellate Division deems it appropriate, a further remand to the trial court for elaboration of the findings on which the court's order of forfeiture was based. Jurisdiction is not retained.

73 A.3d 508

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN DENOFA, DEFENDANT–PETITIONER.

September 10, 2013.

ORDERED that the petition for certification is denied without prejudice to defendant raising in a new petition for post-conviction relief the issue of ineffective assistance of post-conviction relief counsel for failure to raise in this post-conviction relief petition appropriate claims requested by defendant.